ACCEPTED
03-14-00643-CV
3912979
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 11:57:03 AM
JEFFREY D. KYLE
CLERK

## CERTIFICATE OF SERVICE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 11:57:03 AM
JEFFREY D. KYLE
Clerk

I, Jon Michael Smith, do hereby certify that a true and correct copy of the foregoing document was delivered to all attorneys of record as listed below via overnight delivery on January 27, 2015.

Steven R. Samples
2605 Airport Freeway, Suite 100
Fort Worth, Texas 76111

_/s/ Jon Smith_____
Jon Michael Smith

**Unopposed Motion for Extension of Time – Page 6**